IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HALLMARK LICENSING, LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>THE PARTNERSHIPS and UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>      Defendants. | Case No. 24-cv-09543<br><br>**Judge Jorge L. Alonso**<br><br>**Magistrate Judge Keri L. Holleb Hotaling** |

**DECLARATION OF SERVICE**

I, Jennifer V. Nacht, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Hallmark Licensing, LLC ("Plaintiff"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On October 15, 2024, this Court entered an Order [21] permitting Plaintiff to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronically publishing a link to the Complaint, Summons, and other relevant documents on a website by sending an e-mail with a link to said website to an e-mail address for each Defendant.

3. I hereby certify that on November 6, 2024, I electronically published the Complaint, TRO, Summons, and other relevant documents on a website.

4. I hereby certify that on November 6, 2024, I sent an e-mail to the e-mail addresses for Defendant Nos. 8-90 identified in **Exhibit A** attached hereto that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 6th day of November 2024, at Chicago, Illinois.

/s/ Jennifer V. Nacht
Jennifer V. Nacht
GREER, BURNS & CRAIN, LTD.
200 W. Madison Street, Suite 2100
Chicago, Illinois 60606
Telephone: 312-360-0080
jnacht@gbc.law

*Counsel for Plaintiff Hallmark Licensing, LLC*