# EXHIBIT A

| No | Name / Seller Alias | Email Address(es) |
|---|---|---|
| 1 | Huizhou Linda Toys Co., Ltd. | EXCEPTED |
| 2 | Shenzhen Newstar Electronic Technology Co., Ltd. | EXCEPTED |
| 3 | Shenzhen Tuoyi Electronic Commerce Co., Ltd. | EXCEPTED |
| 4 | Yancheng Joy Foundation Cultural Creativity Co., Ltd. | EXCEPTED |
| 5 | Yangzhou Bangning Craft Co., Ltd. | EXCEPTED |
| 6 | Yizheng Yurui Toy Products Co., Ltd. | EXCEPTED |
| 7 | All-in-One Store | EXCEPTED |
| 8 | A1S683D77BM24S | sctndiogadqnxb@outlook.com |
| 9 | BaiDongQuanDianZi | bo99chen@outlook.com |
| 10 | BUY Time Shop | gky758780@163.com |
| 11 | Cam ly nguyen | nguyencamly0705.05@gmail.com |
| 12 | DeZhiWeiDianZiUS | 13164168183@163.com |
| 13 | gezhenqiangdgsadgsae | wuquancc87767@163.com |
| 14 | GUANGZHOUZHONGYISHANGMAOYOUXIANGONGSI | vhl373557@163.com |
| 15 | HDB STORE | huidubao24@163.com |
| 16 | HEADATIST(5-15 days delivery) | 1436218526@qq.com |
| 17 | JIAMAIXINXIKEJI | jiamaixinxikeji@163.com |
| 18 | Mayibuluo US | beall0314@163.com |
| 19 | objecty | objecty@163.com |
| 20 | peciallyka | laitangmitory@163.com |
| 21 | qingdaoboxinhecanyinwenhuaguanliyouxiangongsi | diu35034@163.com |
| 22 | QingJUS | qingjunus001@163.com |
| 23 | RENWENKJ | henanrenwenszp@163.com |
| 24 | RJGXRTOO | rjgxrtoo@163.com |
| 25 | RKL-go | rkl.tech@outlook.com |
| 26 | ShadowStay | yingsudm@163.com |
| 27 | simon-us | 13407484830@163.com |
| 28 | TYigao-US | 3603266639@qq.com |
| 29 | WeichaoTrade | xiangfangweichao@163.com |
| 30 | Youbokejiyouxiangongsi | youbokeji@outlook.com |
| 31 | yuanshengus | yuanshengus001@163.com |
| 32 | YXCNP | 13113877647@163.com |
| 33 | YYshangyi | pbkxzi2203@163.com |
| 34 | ZAQLV SHOP | 1018768431@qq.com |
| 35 | zhangshaohuidemeiguodian | qiuchao19630312@163.com |
| 36 | zhangshuangyou | shuangyou240711@163.com |

| 37 | zhangyouchengd | zhangyouchengd@163.com |
|---|---|---|
| 38 | Zhao Jie ZJ | jiejiezhao67@outlook.com |
| 39 | zhengzhoushimiaokandianzishangwuyouxiangongsi | 18877671002@163.com |
| 40 | ZHUORUIKANG | 13721770799@163.com |
| 41 | ZHUOZHUANGZHUANG | z15649700037@163.com |
| 42 | fashion678 | xinpengliuliu@163.com |
| 43 | handmade-cosplay2-5 | handmade-cosplay2@foxmail.com |
| 44 | oabg54 | onaoda12@outlook.com |
| 45 | tty5678t | shagwft@163.com |
| 46 | baoyimaoyi | zikuyong6511@163.com |
| 47 | bikaidianzimaoyi | puji6050142@163.com |
| 48 | changshashiqiutao | paijiao9093430@163.com |
| 49 | ChenYiZheWireless | guangfubn64@163.com |
| 50 | CM department | vp3ewhfalq@163.com |
| 51 | FENGBIN Co.Ltd | fengbingus112@163.com |
| 52 | FUCHENG Co.Ltd | guangmew29@163.com |
| 53 | GuangDongChangTaiMuYeYouXianGongSi | bxhdy37szzzzz@163.com |
| 54 | guangzhouhuixinbaozhuang | c6ibn6m77e9@outlook.com |
| 55 | guangzhouqiqinmaoyi | mfw7tf904w@outlook.com |
| 56 | HAIZU Co.Ltd | alesies@163.com |
| 57 | HDbowan | nanbowan1107@163.com |
| 58 | JNYY | xxhtang@163.com |
| 59 | junlidamaoyiyouxiangongsi | wijhns@163.com |
| 60 | junshangcheng | 897240059@qq.com |
| 61 | kaiziw store | qiejio91551@163.com |
| 62 | leiliang | jixiandun19750717@163.com |
| 63 | LiMengZhe12 | heitqn9920@163.com |
| 64 | Lin Menswear store | jpo236967@163.com |
| 65 | LinGaoQiuFen | bumai60384019587@163.com |
| 66 | Livrdious | qibhql@163.com |
| 67 | MINGXIAO Co.Ltd | haozhius@163.com |
| 68 | MinXuanMaoYi | xianghuanchun@163.com |
| 69 | Pinzzy | pinlvmz6433@163.com |
| 70 | QuJingKaiFaQuMengDuoDianZiShangWuYouXianGongSi | psg403582@163.com |
| 71 | Rystar Co.Ltd | shenzhenruyuekeji@163.com |
| 72 | Save Money1 | mhf9q2ukgd@outlook.com |
| 73 | Shan Gua Store | laoxiao0602@163.com |
| 74 | Sheng Yuan tiancheng | he541039214736@163.com |
| 75 | shengshisujiaozhipin | britoespin@163.com |
| 76 | SHENWO Co.Ltd | shenwo89@126.com |
| 77 | shenzhenshifaerfulaikeji | 18585849941@163.com |

| 78 | STARBRILLIANT | starbrilliant@yeah.net |
|---|---|---|
| 79 | SZ FULINZI Co.,ltd | fulinzi999@hotmail.com |
| 80 | TaiYuanQingGuTaoWangLuoKeJi | lwmv4m0@163.com |
| 81 | taiyuanyuanqinkeji | huang20004d@126.com |
| 82 | taiyuanyuchaozechangbaihuomao | ldechen34985@163.com |
| 83 | Wang Hero Toys | jlb059040@163.com |
| 84 | WEIER Co.Ltd | weier11us@163.com |
| 85 | woeioi | endowie@163.com |
| 86 | xiangtanchenxiong | priscilapummill5462@outlook.com |
| 87 | yangzhijin | rbb218541@163.com |
| 88 | yixindianzim | evieslug@126.com |
| 89 | YiZhangMo | wuren28xqm@163.com |
| 90 | yongfanshangmaoyouxiangongsi | tiaohuain429@163.com |