# Exhibit A

| No | Seller Name / Alias | Email Address(es) |
|---|---|---|
| 1 | Huizhou Linda Toys Co., Ltd. | 1783550712@qq.com |
| 2 | Shenzhen Newstar Electronic Technology Co., Ltd. | sznewstar_jen@hotmail.com |
| 3 | Shenzhen Tuoyi Electronic Commerce Co., Ltd. | eileenpeng2021@126.com; yedda@tytopone.com |
| 4 | Yancheng Joy Foundation Cultural Creativity Co., Ltd. | sdfvygv@dingtalk.com |
| 5 | Yangzhou Bangning Craft Co., Ltd. | harry@yzbangning.com; sales@bncustomplush.com |
| 6 | Yizheng Yurui Toy Products Co., Ltd. | 15366895584@139.com |
| 7 | All-in-One Store | ziying1688_spare1@service.aliyun.com |